IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN OHIO DISTRICT
EASTERN DIVISION

**PATRICIA JUNE CRAWFORD,**

    **Plaintiff,**

                              **Case No. 2:20-cv-634**

v.                                     **Judge Edmund A. Sargus, Jr.**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## OPINION AND ORDER

This matter is before the Court for consideration of the Objection by the Plaintiff to the Magistrate Judge's Report and Recommendation issued on November 9, 2020. (Doc. 15.) The Magistrate Judge recommended that the decision of the Commissioner of Social Security denying disability benefits to Patricia June Crawford, plaintiff herein, be denied. (Doc. 17.)

The undersigned has carefully reviewed the record in this case and concludes that the decision of the Commissioner "is supported by substantial evidence and was made pursuant to proper legal standards. *Rabbers v. Comm'r of Soc. Sec.*, 582 F. 3d 647, 651 (6th Cir. 2009) (quoting *Rogers v. Comm'r of Soc. Sec.*, 486 F. 3d 234, 241 (6th Cir. 2007)). The Court adopts the Report and Recommendation of the Magistrate Judges. The objections of the plaintiff are **OVERRULED** and the decision of the Commissioner is **AFFIRMED**.

The claimant asked the Social Security Administrative Law Judge for assistance with gambling and mental health issues. In an effort to be helpful, this Court sends to Ms. Crawford the following information.

1. For gambling related issues, a local nonprofit may assist. Contact maryhaven.com/onemorechance or call 614-324-5425.

2. For emergency mental health issues, contact Netcare Access, 614-276-2273. This is a twenty-four hour, mental health crisis program.

3. For mental health care, you may contact North Central Mental Health, 614-299-6600 or Southeastern Healthcare, 614-224-4850.

**IT IS SO ORDERED.**

Date:  3/22/2021           s/Edmund A. Sargus, Jr.
                           **EDMUND A. SARGUS, JR., JUDGE**
                           **UNITED STATES DISTRICT COURT**